UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRENDA J. SHARRON,

                Plaintiff,

    v.

CAROLYN COLVIN, Acting Commissioner of Social Security,

                Defendant.

Case No. C13-999-JCC-BAT

**REPORT AND RECOMMENDATION**

Brenda J. Sharron seeks review of the denial of her Disability Insurance Benefits application. Dkt. 1. The parties stipulate the case should be **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 18. On remand, the ALJ will issue a new decision, which applies Acquiescence Ruling (AR) 97-4(9); and the ALJ will further evaluate plaintiff's subjective complaints.

Because the parties have stipulated the case be remanded as set forth above, the Court recommends United States District Judge John C. Coughenour immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED** for further administrative proceedings. A proposed order accompanies this Report and Recommendation.

DATED this 19th day of December, 2013.

                                                      /s/ _____
                                                      BRIAN A. TSUCHIDA
                                                      United States Magistrate Judge